AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TAURUS LAVON MYERS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV420-287

CHATHAM COUNTY DETENTION CENTER,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated April 25, 2022, the Plaintiff's complaint is dismissed without prejudice, and this case stands closed.

| April 25, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |